AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Keivon McBride | ) Case No. 21-MJ-6031-AOV |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 2019 - September 2020 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) and (e) | Knowingly use a means of interstate or foreign commerce, to use, persuade, or entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct for which a person can be charged with a criminal offense. |
| 18 U.S.C. 2252(A)(a)(2) | Knowingly distribute any visual depiction using interstte commerce, that has been shipped or transported by any means, and the production of such depictioninvolved the use of a minor engaged in sexually explicit conduct. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Richard Gianforcaro, SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this 25th day of January, 2021.

Date: 01/25/2021

*Judge's signature*

City and state: Ft. Lauderdale, FL

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Richard Gianforcaro, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Miami Division. I have been employed with the FBI for over four years. I am currently working with the FBI Child Exploitation Task Force, which investigates individuals involved in online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I am authorized to apply for and execute arrest warrants for offenses enumerated in Title 18 of the United States Code and to execute search warrants.

2. I am personally involved in this investigation along with other federal agents and law enforcement officers. The statements contained in this affidavit are based upon my personal knowledge of the events set forth herein, as well as information provided to me by other law enforcement personnel and other sources of information.

3. I am submitting this affidavit in support of a criminal complaint charging KEIVON MCBRIDE ("MCBRIDE') with violations of Title 18 United States Code Sections 2251(a) and (e) and 2252(A)(a)(2) for producing and distributing images and videos of child pornography.

4. Because this affidavit is provided for the limited purpose of establishing probable cause for an arrest warrant, I have not included all information known to me regarding this investigation, but rather have set forth only those facts necessary to establish probable cause to believe that MCBRIDE has committed the charged offenses.

5. On or about January 4, 2020, the FBI received information from local law enforcement that MCBRIDE, a 22-year old male, had sexual encounters with approximately nine (9) minor victims, recorded the sexual encounters, and distributed them and/or sold them via social media, the internet, or through text messages. Additionally, law enforcement located evidence that MCBRIDE solicited sexually explicit videos from a tenth minor victim.

## PROBABLE CAUSE

### MINOR VICTM 1

6. In August 2020, the Broward Sheriff's Office ("BSO") learned of an encounter between MCBRIDE and MINOR VICTIM 1, who was 13-years of age at the time of their meeting. A family member of MINOR VICTIM 1 was made aware that there were videos on Snapchat depicting MINOR VICTIM 1 having sex with an adult male that was later determined to be MCBRIDE. MINOR VICTIM 1's family member subsequently viewed the video and contacted law enforcement.

7. MINOR VICTIM 1 was interviewed by law enforcement and advised that she met MCBRIDE, whom she knew as "Hollister," through a friend. MINOR VICTIM 1 told law enforcement that she had sex with MCBRIDE on two separate occasions, in August 2020, in the backseat of MCBRIDE's silver colored vehicle while parked in Cooper City, Florida. MINOR VICTIM 1 further advised law enforcement that MCBRIDE paid her approximately $100.00. MINOR VICTIM 1 also advised that MCBRIDE recorded their sex acts using his cell phone and sent them to MINOR VICTIM 1 via Snapchat. MINOR VICTIM 1 viewed the videos and identified both herself and MCBRIDE. In addition, MINOR VICTIM 1 identified MCBRIDE in a photo lineup.

8. Soon thereafter, in September 2020, local law enforcement arrested MCBRIDE for the illegal sexual contact with MINOR VICTIM 1 (Broward County Case Number 20008266CF10A). During a recorded post <u>Miranda</u> statement, MCBRIDE admitted to engaging in sex acts with MINOR VICTIM 1 in the back seat of his silver Toyota Corolla. MCBRIDE also admitted to recording the sex acts and paying MINOR VICTIM 1 approximately $100.00. MCBRIDE told law enforcement that he recorded the videos because he sells them on Instagram and Snapchat.

9. After his arrest, MCBRIDE's iPhone 11 Pro Max cell phone was seized and searched pursuant to a search warrant[1]. A preliminary forensic analysis was conducted, and law enforcement

---

[1] The initial search warrant that was executed in September 2020 on MCBRIDE's cell phone was authorized by The Honorable Elijah Williams, Seventeenth Judicial Circuit for Broward County (20-1202-SF10). A second search

2

determined that one of the sex videos depicting MCBRIDE and MINOR VICTIM 1 was, in fact, distributed via iMessage.

## MINOR VICTIM 2 AND MINOR VICTIM 3

10. MINOR VICTIM 2 was identified following additional investigation regarding MINOR VICTIM 1 and was subsequently interviewed. During the interview, MINOR VICTIM 2 told law enforcement that during the summer of 2020, when she was 12-years old, she and MINOR VICTIM 3 (who was 14-years old) agreed to meet with MCBRIDE whom they knew as "Hollister." MINOR VICTIM 2 advised law enforcement that she and MINOR VICTIM 3 each performed oral sex on MCRBRIDE in the back seat of MCBRIDE's car in Cooper City, Florida, while he recorded it on his cell phone. MINOR VICTIM 1 advised further that MCBRIDE sent the videos of MINOR VICITM 2 and MINOR VICTIM 3 out via Snapchat and paid both MINOR VICTIMS $50.00 as hush money. MINOR VICTIM 2 and MINOR VICITM 3 each identified MCBRIDE in a photo lineup.

11. MINOR VICTIM 3 was interviewed and corroborated MINOR VICTIM 2's statements in that around June/July 2020 the two performed oral sex on MCBRIDE in the back of his car after he asked, "Who's going to give me head first?" MINOR VICTIM 3 confirmed that MCBRIDE recorded the sex acts using his cell phone and that he paid them both hush money to not tell anyone. Law enforcement subsequently located the videos of MINOR VICTIM 2 and MINOR VICTIM 3 performing oral sex on MCBRIDE in MCBRIDE's phone. MINOR VICTIM 3 identified herself, MINOR VICTIM 2, and MCBRIDE in the videos.

## MINOR VICTIM 4

12. Law enforcement was able to identify MINOR VICTIM 4 after finding her home address in a map image found on MCBRIDE'S cellular phone. MINOR VICTIM 4 was subsequently interviewed and reported that she met MCBRIDE, whom she knew as "Hollister," on Instagram, and also communicated with him via Snapchat. MINOR VICTIM 4 advised that around late August 2020, when she was 16-years

---

warrant was authorized and executed on MCBRIDE's cell phone in October 2020, by the Honorable Michael Orlando, Seventeenth Judicial Circuit for Broward County (21-0083-SF10).

old, MCBRIDE had sex with her in Coral Springs, Florida on two separate occasions. Law enforcement subsequently located videos of MINOR VICTIM 4 and MCBRIDE having sex in MCBRIDE's cell phone. MINOR VICTIM 4 advised law enforcement that although she was initially unaware that MCBRIDE recorded the sex acts, she was ultimately made aware after MCBRIDE sent a video of MINOR VICTIM 4 performing oral sex on him to MINOR VICTIM 4's boyfriend. MINOR VICTIM 4 positively identified herself and MCBRIDE.

13. Law enforcement discovered text messages in MCBRIDE's phone indicating that at least one of the explicit sexual videos of MCBRIDE and MINOR VITIM 4 was sent by MCBRIDE to a contact in his phone identified as "Payer." MCBRIDE discussed sending the content to "Payer" via Snapchat, but "Payer" provided a phone number and the videos were subsequently sent via text message.

## MINOR VICTIM 5

14. Law enforcement identified MINOR VICTIM 5 after reviewing the extraction of MCBRIDE's cellular phone. MINOR VICTIM 5 was interviewed and advised that she initially connected with MCBRIDE, whom she knew as "Hollister," on social media in or around September 2020 when she was 16 years old. Soon thereafter, MINOR VICTIM 5 agreed to physically meet MCBRIDE in Coral Springs, Florida where she had oral and vaginal sex with him in his car. MCBRIDE recorded the sex acts using his cell phone and paid MINOR VICTIM 5 $200.00. MCBRIDE then sent the sex video he recorded to MINOR VICTIM 5 via Snapchat. MINOR VICTIM 5 advised that in October 2020, she went to MCBRIDE's house in Fort Lauderdale, Florida on two separate occasions and, while there, MCBRIDE recorded them having sex using his cell phone. MINOR VICTIM 5 advised that MCBRIDE paid her $200.00. MINOR VICTIM 5 identified MCBRIDE in a photo lineup and identified herself and MCBRIDE in videos obtained from MCBRIDE's cell phone.

## MINOR VICTIM 6 AND MINOR VICTIM 7

15. MINOR VICTIM 6 was identified after messages were discovered between her and MCBRIDE in MCBRIDE's cellular phone. MINOR VICTIM 6, who was then 17 years old, informed law enforcement that she met MCBRIDE, whom she knew as "Hollister," through a friend on-line several years

4

prior. MINOR VICTIM 6 advised that in May 2020, MCBRIDE picked her up and drove her to his home in Fort Lauderdale, Florida. Once there, MINOR VICTIM 6 advised that she had oral and vaginal sex with MCBRIDE, which he recorded using his cell phone. MINOR VICITM 6 recalled that MCBRIDE told her that the videos were for his own pleasure, not for posting on the internet. MCBRIDE later sent the videos he recorded of them having sex to MINOR VICTIM 6 via iMessage. Additionally, MCBRIDE sent MINOR VICTIM 6 videos of him having sex with yet another young female, whom she identified as MINOR VICTIM 7. MINOR VICTIM 6 advised law enforcement that she became aware that videos of her having sex with MCBRIDE were posted on MCBRIDE's Instagram account. MINOR VICTIM 6 confronted MCBRIDE and was given $100.00 as hush money by MCBRIDE to not tell anyone. MINOR VICTIM 6 identified both herself and MCBRIDE.

16. MINOR VICTIM 7 was located and interviewed based upon MINOR VICTIM 6's identification. MINOR VICTIM 7 told law enforcement that she met MCBRIDE whom she knew as "Hollister" twice when she was about 15-years old. MINOR VICTIM 7 disclosed that she had sexual intercourse with MCBRIDE, but was unaware that MCBRIDE recorded the sex acts and posted them on the internet.

### MINOR VICTIM 8

17. MINOR VICTIM 8 was identified by law enforcement after text conversations were discovered between her and MCBRIDE on his cell phone. Law enforcement learned that MINOR VICTIM 8 was 17 years old at the time the conversation occurred. A video created in September 2020 was located in the forensic extraction of MCBRIDE's cell phone which depicts MINOR VICTIM 8 performing oral sex on MCBRIDE. The forensic extraction evidences that the video was sent to MINOR VICTIM 8 via multimedia message by MCBRIDE. Additionally, law enforcement located a text message conversation where MCBRIDE attempted to negotiate with MINOR VICTIM 8 for videos in exchange for $200.00. The messages suggest MCBRIDE had a buyer interested in the videos. MINOR VICTIM 8 was identified by her mother in a still image from a video of MINOR VICTIM 8, which was produced in Tamarac, Florida, and found on MCBRIDE's phone.

## MINOR VICTIM 9

18. MINOR VICTIM 9 was identified after law enforcement discovered a video on MCBRIDE's laptop of her performing oral sex on MCBRIDE in Hollywood, Florida in August 2019 when MINOR VICTIM 9 was 14-years old.[2] MINOR VICTIM 9 provided a recorded interview wherein she detailed how she met MCBRIDE, whom she knew as "Hollister," on social media. MINOR VICTIM 9 disclosed that she subsequently met with MCBRIDE and performed oral sex on him. MINOR VICTIM 9 identified herself and MCBRIDE.

## MINOR VICTIM 10

19. Text messages conversations from early July 2020 were discovered on MCBRIDE's phone with MINOR VICTIM 10. From the text messages, law enforcement learned that MCBRIDE solicited sexually explicit photos and videos form MINOR VICTIM 10 by specifically asking her to, "Spam me with a whole bunch of nudes. Like I want you to get fully naked in the camera show your whole body. Then turn around and spread you cheeks and put your pussy in the camera." MCBRIDE later texted MINOR VICTIM 10, "I need to get you a dildo." After requesting a shipping address, MCBRIDE purchased sex toys and shipped them to MINOR VICTIM 10. MCBRIDE later texted MINOR VICTIM 10, stating "Send me Hella vids" to which MINOR VICTIM 10 responded by sending videos of her using the sex toys to MCBRIDE.

20. Using the shipping address, law enforcement was able to recover the sex toys MCBRIDE sent to MINOR VICTIM 10. MINOR VICITM 10 was subsequently interviewed by law enforcement and advised that she first met MCBRIDE, whom she knew as "Hollister," on Snapchat. After they communicated via Snapchat, they switched to Instagram and text messages. MINOR VICTIM 10 turned 16-years old in May 2020 and advised that she informed MCBRIDE of her age. MINOR VICTIM 10 also

---

[2] MCBRIDE's laptop and other evidence was searched pursuant to a warrant executed on MCBRIDE's residence authorized by The Honorable Edward Merrigan in the Seventeenth Judicial Circuit for Broward County (20-1482-SF10).

6

told law enforcement that MCBRIDE sent her multiple videos of his penis and requested photos/videos of her vagina and of her using the sex toys he sent her.

## EVIDENCE OBTAINED VIA SEARCH WARRANT

21. MCBRIDE's cell phone was seized after his arrest by BSO on September 28, 2020. Pursuant to a search warrant, a digital forensic extraction and evaluation was conducted by law enforcement. The forensic extraction evidenced that MCBRIDE was selling images and/or videos of child pornography. There was evidence of transactions with at least two individuals regarding the sale or attempted sale of child pornography videos. One of those buyers has been identified as residing in the United Kingdom. In addition to references to an OnlyFans account in MCBRIDE's cell phone, law enforcement uncovered indicia of branding and/or advertising child pornography for sale, consistent with MCBRIDE's post Miranda admission.[3] Specifically, MCBRIDE's cell phone contained child pornography videos depicting a Snapchat quick response ("QR") code, and videos in which signage was observed within the video stating "@hollister."[4] Based upon my training and experience, I know that often times sellers of videos and images of child exploitation material will include an indicia of ownership in order to alert the potential buyer who to contact to gain access to the exploitation material.

22. Law enforcement located evidence of child pornography videos and images being transferred between MCBRIDE's cell phone, remote storage, social media, and PornHub accounts. Messages were also recovered from MCBRIDE's phone that show MCBRIDE was likely using Google Drive links to provide others with access to some of the child pornography videos he produced. There is also evidence that MCBRIDE's cell phone had been connected to a Windows computer named "HOLLISTERDELL."

---

[3] OnlyFans is a content subscription service based in the United Kingdom. Content creators can earn money from users who subscribe to their content—the "fans."

[4] A machine-readable code consisting of an array of black and white squares, typically used for storing URLs or other information for reading by the camera on a smartphone

7

23. MCBRIDE's residence was searched pursuant to a search warrant (refer to footnote 2, Case Number 20-1482-SF10), during which additional electronic devices were seized, including a laptop (referenced above) which is still being forensically analyzed by law enforcement. Additionally, law enforcement located numerous $100 bills marked "MOTION PICTURES PURPOSES," that are potentially counterfeit.

24. The ongoing investigation revealed that MCBRIDE had multiple social media accounts with Instagram and Snapchat. Most of the accounts had usernames containing "Hollister." For example, one of MCBRIDE's Instagram usernames was "boiiihollister," and one of his Snapchat usernames was "hollister-boii." The full forensic analysis of MCBRIDE's cellular phone remains pending.

## MCBRIDE'S POST ARREST CONDUCT

25. In January 2021, after local law enforcement had again arrested MCBRIDE after discovering additional minor victims, and after MCBRIDE was again released on bond, one of the minor victims reported to law enforcement that she believed MCBRIDE attempted to contact her via Instagram using a different username— "datguyboiguy." The minor victim believes MCBRIDE reached out to her because one of the messages she received asked, "Have the cops contacted you?" The minor victim was in fear and did not respond.

26. Additionally, law enforcement learned from a preliminary forensic search of MCBRIDE's laptop that MCBRIDE obtained and was using another cellular telephone to access the internet after his arrest and release on bond. On January 14, 2021, local law enforcement attempted to execute a search warrant for that phone.[5] However, when confronted by law enforcement, MCBRIDE advised that while he did, in fact, have another phone, he put it behind a dumpster because he knew he was not supposed to have it as it violated a condition of his state bond prohibiting access to the internet. Local law enforcement was unable to recover the phone and MCBRIDE was arrested and charged with Tampering with Evidence.

---

[5] The search warrant was authorized by the Honorable Tarlika Navarro, Seventeenth Judicial Circuit for Broward County (21-0078-SF10).

## CONCLUSION

27. Based upon the foregoing, I submit that this affidavit sets forth sufficient facts to establish probable cause to believe that KEIVON MCBRIDE produced and distributed child pornography videos in violation of Title 18 U.S.C. § 2251(a) and (e) and 2252A(a)(2).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this 25th day of January, 2021.

*[signature: Alicia O. Valle]*

*[signature]*
RICHARD GIANFORCARO
Special Agent
Federal Bureau of Investigation

9